# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 37 EAL 2015
:
         Respondent :
         : Petition for Allowance of Appeal from the
         : Order of the Superior Court
        v. :
:
:
:
TROY C. VINCENT, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.